**Motion Granted and Continuing Abatement Order filed December 1, 2016**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00482-CV
_____

### KEN BIGHAM AND TRACY HOLLISTER, Appellants

### V.

### SOUTHEAST TEXAS ENVIRONMENTAL LLC, ET AL, Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-55020**

## ABATEMENT ORDER

On November 10, 2016, we abated this case and directed the judge of the 80th District Court to conduct a hearing to determine the reason the reporter's record has not been filed. On November 17, 2016, the parties filed a joint motion informing the court they have resolved their dispute. The motion states certain events must occur before the settlement is finalized and asked that the appeal remain abated while the parties finalize their agreement.

The motion is **GRANTED**. We order that this appeal remain abated until **January 17, 2017**. The district court need not conduct the hearing regarding the reporter's record unless notified by this court.

The appeal remains abated until January 17, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM